**Order entered December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01162-CV

**HM RUBY FUND, L.P., Appellant**

**V.**

**C.A. RUNDELL, JR., ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-09062**

## ORDER

We **GRANT** appellant's November 25, 2014 unopposed motion for an extension of time to file a brief **TO THE EXTENT** that appellant shall file a brief by **JANUARY 14, 2015**.

We **GRANT** cross-appellants' November 25, 2014 unopposed motion for an extension of time to file a brief **TO THE EXTENT** that cross-appellants shall file a brief by **JANUARY 14, 2015**.

/s/    ELIZABETH LANG-MIERS
JUSTICE